1 | STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
2 | STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
3 | RICHARD A. DANA (SBN 197403)
rdana@hayesscott.com
4 | **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
5 | Redwood City, California 94065
Telephone: 650.637.9100
6 | Facsimile: 650.637.8071

7 | Attorneys for Defendant
STATE FARM MUTUAL
8 | AUTOMOBILE INSURANCE CO.

9 |

WALTER L. DAVIS (SBN 98513)
10 | Walter@DavisLitigation.com
1999 Harrison Street, Ste. 1350
11 | Oakland, CA 94612
Telephone:  510.588.7543
12 | Facsimile:  510.588.7544

13 | Attorneys for Plaintiff
LIZZIE BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LIZZIE BROWN, | CASE NO.  C11-06618 CRB |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL;** [PROPOSED] **ORDER** |
| v. | **[Fed. Rule Civ. Proc., Rule 41(a)(1)** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff Lizzie Brown through her attorney of record, Walter L. Davis, and Defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen M. Hayes of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party to bear their own costs.

1 | Dated: September 20, 2012

3 | By /s/ Walter L. Davis, Esq.
WALTER L. DAVIS
Attorney for Plaintiff
LIZZIE BROWN

6 | Dated: September 20, 2012 | HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

9 | By /s/ Stephen M. Hayes
STEPHEN M. HAYES
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: September 21, 2012

HONORABLE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

403679

-2-

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – Case No. C11-06618 CRB**