STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
RICHARD A. DANA (SBN 197403)
rdana@hayesscott.com
**HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.

WALTER L. DAVIS (SBN 98513)
Walter@DavisLitigation.com
1999 Harrison Street, Ste. 1350
Oakland, CA 94612
Telephone: 510.588.7543
Facsimile: 510.588.7544

Attorneys for Plaintiff
LIZZIE BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZZIE BROWN,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Defendants. | CASE NO.  C11-06618 CRB<br><br>**STIPULATION OF DISMISSAL;<br>[PROPOSED] ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

   IT IS HEREBY STIPULATED by Plaintiff Lizzie Brown through her attorney of record, Walter L. Davis, and Defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen M. Hayes of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party to bear their own costs.

403679

-1-

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – Case No. C11-06618 CRB**

1  Dated: September 20, 2012

3  By /s/ Walter L. Davis, Esq.
   WALTER L. DAVIS
   Attorney for Plaintiff
4  LIZZIE BROWN

6  Dated: September 20, 2012              HAYES SCOTT BONINO ELLINGSON
                                          & McLAY, LLP

9  By /s/ Stephen M. Hayes
   STEPHEN M. HAYES
   Attorneys for Defendant
10 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY

**ORDER**

14  IT IS SO ORDERED.

16  Dated: September 21, 2012

HONORABLE
UNITED STATES                        FOR THE
NORTHERN                             NIA

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer)*

403679                      -2-
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – Case No. C11-06618 CRB**